IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PRESTON WILLIAM BRAXTON, | ) | No. C 06-3687 JSW (PR) |
| Plaintiff, | ) | |
| | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| A.P. KANE, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

On June 9, 2006, Plaintiff filed this *pro se* civil rights action. Thereafter, on January 17, 2007, this Court dismissed the complaint but granted Plaintiff thirty days to amend the complaint to state a cognizable claim. The Court notified Plaintiff that failure to amend by the designated time would result in a dismissal of the case. On February 26, 2007, Plaintiff requested an extension of time and was provided an extension until June 13, 2007 to file an amendment. Since that time, Plaintiff has not filed any amendment or any further requests for an extension. Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: August 3, 2007

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRESTON WILLIAM BRAXTON,<br><br>    Plaintiff,<br><br>  v.<br><br>A.P. KANE et al,<br><br>    Defendant. | Case Number: CV06-03687 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 3, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Preston William Braxton
K-31710
720 South Locust Circle
Compton, CA 90221

Dated: August 3, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk